AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| AMANN USA INC., a California corporation; JASON LEE, an individual <br><br> *Plaintiff(s)* <br> v. <br> SNOWY VILLAGE USA, INC., a California corporation; SNOWY VILLAGE INTERNATIONAL, LLC, a California Limited Liability Corporation; DENNY CHANG K. YI, an individual; DOES 1-10, inclusive <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    SNOWY VILLAGE USA, INC.
    c/o Agent for Service of Process
    DENNY YI
    5731 Beach Blvd., STE 202
    Buena Park, CA 90621

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Frederic M. Douglas, Attorney for Plaintiffs
    15333 Culver Drive, Suite 340
    Irvine, California 92604-3051
    (949) 293-0442
    (949) 203-8768 (Facsimile)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____            _____

                                                                                                           *Signature of Clerk or Deputy Clerk*