**CIVIL MINUTES – GENERAL**

Case No.  8:17-cv-01200-JLS-DFM                         Date:  January 15, 2019

Title:  AMANN USA Inc et al v. Snowy Village USA, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |       N/A       |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                             Not Present

**PROCEEDINGS:  (IN CHAMBERS)  (1) ORDER TO SHOW CAUSE WHY
CASE SHOULD NOT BE DISMISSED; AND (2) VACATING
FINAL PRETRIAL CONFERENCE**

On October 24, 2017, the Court entered a Scheduling Order setting the Final Pretrial Conference in this case for January 25, 2019.  (Doc. 34.)  Pursuant to Local Rule 16-7 and the Court's Civil Trial Order (Doc. 35 at 3), a Final Pretrial Conference Order must be lodged with the Court eleven (11) days before the date set for the Final Pretrial Conference.  *See* C.D. Cal. R. 16-7.  The parties have not lodged a Final Pretrial Conference Order with the Court and thus have failed to comply with the Court's Order and the Local Rules.  Failure to obey a Court Order can result in dismissal of an action. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642–43 (9th Cir. 2002), *cert. denied*, 538 U.S. 909 (2003) (court may dismiss action for failure to follow court order).

Accordingly, the Court ORDERS Plaintiff to show cause why the Court should not dismiss this action no later than **seven (7) days** from the date of this Order.  Failure to timely and adequately respond will result in the immediate dismissal of this action. Furthermore, the Court VACATES the Final Pretrial Conference currently set for January 25, 2019 at 10:30 a.m.  The Court will re-set the Final Pretrial Conference if necessary upon Plaintiff's response to this Order.

Initials of Preparer:  __tg_____