UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case Nos.  8:17-cv-01200-JLS-DFM                                    Date:  November 07, 2019
Titles:  AMANN USA Inc. et al. v. Snowy Village USA, Inc. et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |   N/A   |
|   Deputy Clerk   |   Court Reporter   |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

　　　　Not Present　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO RETAIN COUNSEL**

　　On September 30, 2019 the Court granted unopposed Motions for Leave to Withdraw as Counsel filed by Frederic M. Douglas (Doc. 93) and Frederick W. Lee (Doc. 94).  (September 30 Order, Doc. 102.)  Douglas and Lee were counsel for Plaintiffs AMANN USA, Inc. and Jason Lee in this case.  In the September 30 Order, the Court noted that under "Local Rule 83-2.2.2, organizations, including corporations, may not appear in any action or proceeding unless represented by an attorney" and ordered AMANN USA, Inc.  to "obtain new representation and apprise the Court that they have done so within thirty (30) days from the date of this Order."  The Court warned that failure to do so could result in dismissal of its claims in this action.  Douglas has since filed a declaration in which he attests that he has repeatedly contacted AMANN and Jason Lee in reference to the September 30 Order and notified them of the consequences of non-compliance.  (*See* Doc. 103.)  The thirty-day window set forth in the September 30 Order has expired and AMANN has not notified the Court that it has obtained substitute counsel.

　　Accordingly, AMANN is ORDERED to show cause, in writing, no later than **seven (7) days** from the date of the Order, why the Court should not dismiss its claims in this action.  Failure to timely respond will result in the immediate dismissal of AMANN's claims in this case.

Case Nos.   8:17-cv-01200-JLS-DFM                                     Date:  November 07, 2019

Titles:  AMANN USA Inc. et al. v. Snowy Village USA, Inc. et al.

    The Clerk is DIRECTED to serve a copy of this Order on AMANN USA, Inc. and Jason Lee at 611 South Catalina Street #210, Los Angeles, CA 90005.[1]

    Initials of Preparer:  tg

---

[1] This is the contact address provided for both AMANN USA, Inc. and Jason Lee in the October 27, 2019 Douglas Declaration.  (Doc. 103 ¶ 7.)