UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:17-cv-01200-JLS-DFM					Date:  January 31, 2020
Title: AMANN USA Inc et al v. Snowy Village USA, Inc. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

    Not Present				Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

    On December 18, 2019, the Clerk entered default against Plaintiff and Counter-defendant AMANN USA Inc.  (Doc. 110.)  Defendant and Counter-claimants Snowy Village USA, Inc. and Denny Chang K. Yi have not since further prosecuted their counterclaims.  Accordingly, Plaintiffs are ORDERED to show cause, in writing, no later than **seven (7) days** from the date of this Order, why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b).  Filing an application for default judgment against AMANN shall constitute a sufficient showing and discharge Plaintiffs of their obligations hereunder.  Failure to timely respond to this order will result in dismissal of this action.

    Initials of Preparer:  tg