JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| | CASE NO. 8:17-cv-01200-JLS-DFM |
| AMANN USA INC. ET AL. V. SNOWY VILLAGE USA, INC. ET AL. | **ORDER CLOSING CASE** |

1

On January 11, 2021, the Court granted a motion for default judgment filed by Snowy Village USA, Inc. and Denny Yi ("Counterclaimants"), and ordered Counterclaimants to "submit to the Court, no later than five (5) days from the date of this Order, a proposed judgment pursuant to the Court's Procedures." (Order Granting MDJ, Doc. 124.) To date, Counterclaimants have not filed a proposed judgment. Because Counterclaimants have failed to comply with the Court's Order, the Court orders this matter administratively closed.

DATED: February 17, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE